# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 99-3557

———————

| | | |
|---|---|---|
| Sharon A. Halbert, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Arkansas. |
| | * | |
| Kenneth S. Apfel, Commissioner, | * | [UNPUBLISHED] |
| Social Security Administration, | * | |
| | * | |
| Appellee. | * | |

———————

Submitted: May 12, 2000
Filed: May 23, 2000

———————

Before BOWMAN and LOKEN, Circuit Judges, and BATAILLON,[1] District Judge.

———————

PER CURIAM.

Sharon Halbert appeals from the judgment of the District Court[2] sustaining the decision of the Commissioner denying Halbert's claim for SSI benefits under the Social

———————

[1]The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska, sitting by designation.

[2]The Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas, who presided with the consent of the parties pursuant to 28 U.S.C. § 636(c).

Security Act. For reversal, Halbert argues that the decision of the Commissioner is not supported by substantial evidence on the record as a whole.

Based on our review of the briefs and record, we conclude that substantial evidence on the administrative record as a whole supports the administrative decision. Though the ALJ found that Halbert has disabling mental impairments, the ALJ also found that Halbert's abuse of cocaine and other drugs was material to the finding of disability. The ALJ further found that Halbert's condition considerably improved on the occasions when she discontinued the use of these drugs. The record adequately supports all these findings. It follows that the ALJ correctly applied Section 105 of Public Law No. 104-121, which denies disability benefits to individuals like Halbert whose drug abuse is "a contributing factor material to the Commissioner's determination that the individual is disabled."

The administrative decision is supported by substantial evidence, no error of law appears, and an opinion by this Court would add nothing of substantial value to the well-reasoned opinion of the District Court. Accordingly, without further discussion the judgment of the District Court is

AFFIRMED. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-